---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
   amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Silver Creek Industries LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2097832** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2830 Barrett Avenue** **Perris, CA 92571** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Riverside** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **silvercreekmodular.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Silver Creek Industries LLC**                                    Case number (*if known*) _____
             Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | ____ |

| | | |
|---|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* | |
| | ☐ Chapter 7 | |
| | ☐ Chapter 9 | |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ■ Chapter 11. *Check **all** that apply:* | |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 | |

| | | | | |
|---|---|---|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. | | | |
| | ☐ Yes. | | | |
| | District _____ | When _____ | Case number _____ | |
| | District _____ | When _____ | Case number _____ | |

| Debtor | **Silver Creek Industries LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
| --- | --- | --- | --- |
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

---

**15. Estimated Assets**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Silver Creek Industries LLC**                                        Case number (*if known*)
         Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ■ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | Silver Creek Industries LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/24/2023**
MM / DD / YYYY

X _____          **James McGeever**
Signature of authorized representative of debtor     Printed name

Title  **Managing Member**

---

**18. Signature of attorney**

X _____          Date **04/24/2023**
Signature of attorney for debtor                MM / DD / YYYY

**Robert E. Opera**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone  **949-720-4130**     Email address   **ropera@wghlawyers.com**

**101182 CA**
Bar number and State

ACTION BY WRITTEN CONSENT OF THE MANAGER OF

SILVER CREEK INDUSTRIES, LLC,

a California Limited Company

IN LIEU OF A MEETING

**April 24, 2023**

The undersigned, being the managing member of Silver Creek Industries, LLC (the "Company"), hereby takes the following actions and adopts the following resolutions by unanimous written consent pursuant to the Company's limited liability company operating agreement.

### RESOLUTIONS

**WHEREAS**, the undersigned, having reviewed and considered the filing of a voluntary petition for relief for the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code") pursuant to applicable law and in accordance with the requirements of the Company's governing documents and applicable law;

**WHEREAS**, the undersigned, having reviewed and considered the materials presented by the Company's financial and legal advisors, and having had adequate opportunity to consult such persons and to fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, in the undersigned's business judgment it is in the best interest of the Company to seek the protection of the Bankruptcy Code under Chapter 11 of the Bankruptcy Code through the filing of a Chapter 11 bankruptcy petition ("Bankruptcy Case") in the United States Bankruptcy Court for the Central District of California, Riverside Division ("Bankruptcy Court");

**NOW, THEREFORE**, IT IS HEREBY RESOLVED, that, pursuant to the articles of organization, the operating agreement, and applicable governing documents of the Company, the undersigned hereby adopts the following resolutions:

**RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code and is further authorized to execute any and all documents and to do any and all acts and deeds necessary and proper to carry into effect the foregoing resolution;

**RESOLVED FURTHER**, that the Company be, and hereby is, authorized to engage the law firm of Winthrop Golubow Hollander, LLP ("WGH"), as general insolvency counsel to the Company in connection with the filing of and conduct of the Bankruptcy Case and related matters and to compensate WGH on terms mutually acceptable to WGH and the Company, subject only to approval of the Bankruptcy Court;

**RESOLVED FURTHER**, that the Company be, and hereby is, authorized to engage B. Riley Advisory Services ("B. Riley"), as financial consultants to the Company in connection with the conduct of the Bankruptcy Case and related matters and to compensate B. Riley on terms mutually acceptable to B. Riley and the Company, subject only to approval of the Bankruptcy Court;

**RESOLVED FURTHER**, that the Company is hereby authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to execute and deliver any and all documents, and to take such other action as it deems necessary, advisable, or appropriate to carry out the purposes and intent, but within the limitations, of the foregoing resolutions;

**RESOLVED FURTHER**, that any and all actions heretofore taken by the Managing Member of the Company within the terms of any of the foregoing resolutions are hereby ratified and confirmed as the acts and deeds of the Company.

The undersigned directs that, upon signing, this consent be filed with the minutes of the proceedings of the Company.

IN WITNESS WHEREOF, the undersigned has duly executed this Written Consent as of April 24, 2023.

**SILVER CREEK INDUSTRIES, LLC,
a California limited liability company**


By: _____

    James McGeever
Its: Managing Member

264538

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Silver Creek Industries LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Citizens Bank Attn: Corporate Officer 239 Fayetteville Street Raleigh, NC 27601** | **c/o Ted Cohen, Esq.** **tcohen@sheppard mullin.com 213-617-4237** | **Cash** | **Unliquidated** | **$48,000,000.00** | **$6,500,0000.00** | **$41,500,000.00** |
| **BBMR Enterprises, Inc. Attn: Corporate Officer 795 Incline Village Nevada   89451** | **c/o Chris Celentino, Esq.** **christopher.celenti no@dinsmore.com 619-400-0519** | **Lawsuit from previous owners** | **Disputed** | **$10,000,000.00** | **$0.00** | **$10,000,000.00** |
| **Hartford Casualty Insurance Co. One Hartford Plaza T-12B Hartford, CT 06155** | | **Surety claims, net of receivables** | **Unliquidated** | **$3,100,000.00** | **$2,500,000.00** | **$600,000.00** |
| **Metcalf, Inc Attn: Corporate Officer 2690 Pomona Blvd. Pomona, CA 91768** | **Todd Metcalf** **toddm@metcalfinc. com 909-595-2500** | **Subcontractor** | **Unliquidated** | | | **$2,022,811.80** |
| **Raymond-Southern Ca, Inc. Attn: Corporate Officer 520 West Walnut Avenue Orange, CA 92868** | **Hector Ochoa** **h.ochoajr@raymon dgroup  (714) 771-7670** | **Subcontractor** | **Unliquidated** | | | **$1,124,036.70** |
| **Hawaiian Air Corporation Attn: Corporate Officer 600 E. Walnut Ave. Fullerton, CA 92831** | **Chuck Pesci** **chuck@hawaiianai r.org (714) 879-8141** | **Subcontractor** | **Unliquidated** | | | **$1,007,855.59** |

Debtor    **Silver Creek Industries LLC**                                    Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Xcel Mechanical Systems, Inc. Attn: Corporate Officer 1710 W. 130Th St Gardena, CA 90249** | **Jennifer Hart** ar@xcelmech.com **(310) 660-0090** | **Subcontractor** | **Unliquidated Disputed** | | | **$658,686.90** |
| **FBM Attn: Corporate Officer Po Box 740862 Los Angeles, CA 90074-0862** | **Gordon Gibson** Gordon.Gibson@fbmsales **(616) 233-4111** | **Material Supplier** | **Unliquidated** | | | **$573,045.30** |
| **Kevin Renly Construction Attn: Corporate Officer Po Box 221136 San Diego, CA 92192** | **Kevin Renly** kevinrenly@mac.com **(619) 917-7039** | **Subcontractor** | **Unliquidated** | | | **$529,252.61** |
| **University Mechanical & ENGINEERING CONTRACTORS, INC Attn: Corporate Officer 1168 Fesler Street El Cajon, CA 92020** | **David Cerecerez** dcerecerez@umec.com **(714) 632-2600** | **Subcontractor** | **Unliquidated** | | | **$502,469.18** |
| **Chatfield-Clarke Company Inc Attn: Corporate Officer 14614 Valley Blvd. Fontana, CA 92335** | **Joe Baeskens** joe.baeskens@chatfieldclarke.com **(909) 823-4297** | **Material Supplier** | **Unliquidated** | | | **$453,354.75** |
| **Cal Tech Fire Protection, Inc. ATTN: GRISELDA GARCIA 434 N. Bernal Avenue Los Angeles, CA 90063** | **Michel Nahas** admin@caltechfire.com **(213) 798-1986** | **Subcontractor** | **Unliquidated** | | | **$451,438.21** |
| **Freedom Painting West, Inc. DBA FREEDOM WEST CONSTRUCTION 8822 Calmada Ave Whittier, CA 90605** | **Stacey Lundgren** stacey@freedompainting.com **(562) 696-0785** | **Subcontractor** | **Unliquidated** | | | **$373,664.33** |

Debtor   **Silver Creek Industries LLC**                                        Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Victorville Glass Company Inc. Attn: Corporate Officer 15296 Seventh Street Victorville, CA 92395** | **Auggie Reyes** **estimato@victorvilleglass.com (760) 245-3456** | **Subcontractor** | **Unliquidated** | | | **$338,078.53** |
| **CED Attn: Corporate Officer Po Box 847106 Los Angeles, CA 90084-7106** | **Cameron Parker** **cameron.parker@ced.com (909) 489-6160** | **Material Supplier** | **Unliquidated** | | | **$322,617.92** |
| **Archway Insurance, Ltd. Debtor's Parent Company Attn: Corporate Officer** | | **Audit results** | | | | **$310,000.00** |
| **David M. Bertino Mfg, Inc. Attn: Corporate Officer P.O Box 1820 Colton, CA 92324** | **David Bertino** **david@davidmbertinomanufacturing.com (909) 888-9122** | **Subcontractor** | **Unliquidated** | | | **$298,925.45** |
| **Cardinal Sheet Metal, Inc. Attn: Corporate Officer 3184 Durahart Street Riverside, CA 92507** | **Bruce Seylar** **cardinalsheetmetal@yahoo.com (951) 788-8800** | **Subcontractor** | **Unliquidated** | | | **$284,694.20** |
| **Squared Up Flooring Inc Attn: Corporate Officer 28187 Palm Villa Drive Menifee, CA 92584** | **Chris Martin** **chrisjmartin1988@gmail.com (619) 888-8432** | **Subcontractor** | **Unliquidated** | | | **$281,308.54** |
| **B2B Industrial Packaging Attn: Corporate Officer 313 S. Rohlwing Road Addison, IL 60101** | **Craig Johnson** **craig.johnson@b2bind.com 630-396-6200** | **Material Supplier** | **Unliquidated** | | | **$275,545.60** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Robert E. Opera**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4130 Fax: 949-720-4111**<br>California State Bar Number: 101182 CA<br>ropera@wghlawyers.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Silver Creek Industries LLC** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __30__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  04/24/2023 _____

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                   **F 1007-1.MAILING.LIST.VERIFICATION**

Silver Creek Industries LLC
2830 Barrett Avenue
Perris, CA 92571


Robert E. Opera
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


4 J Drywall Corporation
Attn: Corporate Officer
8676 Kaiser Avenue
Fontana, CA 92335


ABC School Equipment
Attn: Corporate Officer
1451 E. Sixth Street
Corona, CA 92879


Abc Supply Co, Inc.
Attn: Corporate Officer
Po Box 74824
Los Angeles, CA 90074-8242


Access Solutions Inc Dba J C Scaffold Se
dba J C SCAFFOLD SERVICES
Attn: Corporate Officer
3284 Jackson Street
Riverside, CA 92503


Ace Fence Company
Attn: Corporate Officer
727 North Glendora Avenue
La Puente, CA 91744


Agc Apprenticeship & Training
Attn: Corporate Officer
P.O Box 12630
San Diego, CA 92112

AGC Health & Welfare
TRUST FUND BENEFIT PLAN
Attn: Corporate Officer
Po Box 12630
San Diego, CA 92112


Air & Hose Source, Inc
Attn: Corporate Officer
18324 Valley Blvd
Bloomington, CA 92316-1779


All4 Environmental Ca LLC
Attn: Corporate Officer
Po Box 299
Kimberton, PA 19442


America First Multi-Family Investor


American Bolt & Screw
Attn: Corporate Officer
P.O. Box 4300
Ontario, CA 91761


American Express
Attn: Corporate Officer
Po Box 0001
Los Angeles, CA 90096-8000


Architectural Systems, Inc
Attn: Corporate Officer
5256 S. Mission Rd Ste 201
Bonsall, CA 92003


Archway Insurance, Ltd.
Debtor's Parent Company
Attn: Corporate Officer

Asap Glasswerks
Attn: Corporate Officer
7262 Oleander Avenue
Fontana, CA 92336


Assured Glass, Inc.
Attn: Corporate Officer
10642 Pullman Court
Rancho Cucamonga, CA 91730


Atlas Copco Compressors LLC
Attn: Corporate Officer
Dep Ch 19511
Palatine, IL 60055-9511


B.T. Mancini Co., Inc.
Attn: Corporate Officer
876 S. Milpitas Blvd
Milpitas, CA 95035


B2B Industrial Packaging
Attn: Corporate Officer
313 S. Rohlwing Road
Addison, IL 60101


Bakersfield Glass & Window Inc
Attn: Corporate Officer
1030 Alta Vista Dr.
Bakersfield, CA 93305


Barbee'S Welding & Fabrication
Attn: Corporate Officer
P.O. Box 1541
Wildomar, CA 92595


Barton Overhead Door Inc
Attn: Corporate Officer
1132 N. Carpenter Road
Modesto, CA 95351

BBMR Enterprises, Inc.
Attn: Corporate Officer
795 Incline Village
Nevada 89451


Bear Forest Products Inc,
Attn: Corporate Officer
4685 Brookhollow Circle
Riverside, CA 92509-3071


Bear.Com
Attn: Corporate Officer
Po Box 670354
Dallas, TX 75267-0354


Best Contracting Svcs, Inc
Attn: Corporate Officer
19027 S. Hamilton Ave
Gardena, CA 960248


Boring-Smith Vallen Distribution Inc
Attn: Corporate Officer
Po Box 848545
Dallas, TX 78584-8545


Borrmann Metal Center
Attn: Corporate Officer
110 West Olive Ave
Burbank, CA 91502


Brother'S Acoustics, Inc.
Attn: Corporate Officer
9732 Northport Court
Sacramento, CA 95827


BVR??

C-Me Trim
Attn: Corporate Officer
9374 Bond Ave
El Cajon, CA 92021


C.A.S.H.
Attn: Corporate Officer
1303 J. Street Ste 520
Sacramento, CA 95814


CA State Franchise Tax board
Attn: Corporate Officer


Cal Tech Fire Protection, Inc.
ATTN: GRISELDA GARCIA
434 N. Bernal Avenue
Los Angeles, CA 90063


Calif Apprenticeship Council
STATE OF CA DEPT OF IND RE'L
Attn: Corporate Officer
P.O Box 511283
Los Angeles, CA 90051-7838


California Dept of Tax & Fee Admin
Collection Support Bureau Bk Team
Bankruptcy Team MIC: 74
PO Box 942879
Sacramento, CA 94279-0001


Cardinal Sheet Metal, Inc.
Attn: Corporate Officer
3184 Durahart Street
Riverside, CA 92507


Caston, Inc.
Attn: Corporate Officer
354 S. Allen Street
San Bernardino, CA 92408

CED
Attn: Corporate Officer
Po Box 847106
Los Angeles, CA 90084-7106


Ceiling Experts Inc
Attn: Corporate Officer
1340 Main Avenue
Sacramento, CA 95838


Chatfield-Clarke Company Inc
Attn: Corporate Officer
14614 Valley Blvd.
Fontana, CA 92335


Chris Celentino, Esq.
Dinsmore
655 W. Broadway Suite 800
San Diego, CA 92101


Chris Delgado
Attn: Corporate Officer
180 Main Street
Morro Bay, CA 93442


Chris Martin
Attn: Corporate Officer
28187 Palm Villa Drive
Menifee, CA 92584


CIT
Attn: Corporate Officer


Claridge Products & Equipment
Attn: Corporate Officer
P.O Box 910
Harrison, AK 72602-0910

Climatec LLC
Attn: Corporate Officer
2851 W. Kathleen Road
Phoenix, AZ 80503


Collins Electrical Company Inc
Attn: Corporate Officer
3412 Metro Drive
Stockton, CA 95215


Concentra Health Svc, Inc
CONCENTRA MED COMPL ADMIN
Attn: Corporate Officer
Po Box 9008
Broomfield, CO 80021-9008


Concrete Sawing & Coring, Inc.
Attn: Corporate Officer
7922 Woodley Avenue
Van Nuys, CA 91406


Construction Laborers Trust
LIUNA LOCAL 300
Attn: Corporate Officer
P.O Box 513638
Los Angeles, CA 90051


Crane Rental Services, Inc.
Attn: Corporate Officer
1901 W. Collins
Orange, CA 90680


Crest Steel Corporation
Attn: Corporate Officer
Dept. La 23111
Pasadena, CA 91185-3111


Crp Plumbing Company Inc.
Attn: Corporate Officer
P.O Box 9118
Redlands, CA 92375

D&B Fire Protection, Inc.
Attn: Corporate Officer
1623 Lesson Lane
Corona, CA 92879


David M. Bertino Mfg, Inc.
Attn: Corporate Officer
P.O Box 1820
Colton, CA 92324


Delta Business Machines
Attn: Corporate Officer
14175 Apple Blossom Lane
Moreno Valley, CA 92553


Department Of Enviromental
HEALTH-RIVERSIDE COUNTY
Attn: Corporate Officer
Po Box 7600
Riverside, CA 92513


Diamond Enviromental Services
Attn: Corporate Officer
807 E. Mission Rd
San Marcos, CA 92069


Diaz Monreal v. Silver Creek Industries,
Attn: Corporate Officer


Dlh Metals, Inc
Attn: Corporate Officer
8 Main Street
Ladera Ranch, CA 92694


Don Luginbill Roofing, Inc
dba J. J. ROOFING
Attn: Corporate Officer
Po Box 5657
Riverside, CA 92517-5657

Duke Plumbing, Inc.
Attn: Corporate Officer
1630 W. 9Th Street
Upland, CA 91786


Dunn Edwards Paints
Attn: Corporate Officer
4885 E 52Nd Place
Los Angeles, CA 90058-5507


E&R Glass Contractors, Inc.
Attn: Corporate Officer
5369 Brooks Street
Montclair, CA 91763


Eide Bailly, LLP
Attn: Corporate Officer
10681 Foothill Blvd
Suite 300
Rancho Cucamonga, CA 91730-3831


Elephant Fire Extinguisher Svc
Attn: Corporate Officer
2504 Bedford Ave
Hemet, CA 92545


Elite Plastering, Inc
Attn: Corporate Officer
1250 Dupont Court
Manteca, CA 95336


Empire Plumbing Supply
Attn: Corporate Officer
500 Inland Center Dr #414
San Bernardino, CA 92408


Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Encore Welding & Ind Supply
Attn: Corporate Officer
2900 E. 29Th Street
Long Beach, CA 90806


Ereplacement Parts.Com, LLC
Attn: Corporate Officer
7036 S. High Tech Dr.
Midvale, UT 84047


Eric Krisman'S Equip Serv, Inc
dba KRISMAN CONSTRUCTION
Attn: Corporate Officer
P. O. Box 46
Ione, CA 95640


Excel Acoustics
Attn: Corporate Officer
1827 Capital St. Ste 102
Corona, CA 92878


Express Pipe & Supply
Attn: Corporate Officer
Po Box 740039
Los Angeles, CA 90074-0039


FBM
Attn: Corporate Officer
Po Box 740862
Los Angeles, CA 90074-0862


Ferguson Enterprises, LLC
Attn: Corporate Officer
Po Box 740827
Los Angeles, CA 90074-0827


FFG Construction
Attn: Corporate Officer
8785 Brunswick Avenue
Riverside, CA 92503

First Citizens Bank
Attn: Corporate Officer
239 Fayetteville Street
Raleigh, NC 27601


Franchise Tax Board
Attn: Corporate Officer
Po Box 942857
Sacramento, CA 94257-0531


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Freedom Painting West, Inc.
DBA FREEDOM WEST CONSTRUCTION
8822 Calmada Ave
Whittier, CA 90605


Freedom Painting, Inc
Attn: Corporate Officer
8822 Calmada Ave
Whittier, CA 90605


Frog Env., Inc
Attn: Corporate Officer
965 E Willow St
Signal Hill, CA 90755


Gardner Manufactured Housing
Attn: Corporate Officer
803 Ocean Hill Dr
Huntington Beach, CA 92648


Gary M Garcia Dba Garrett Construction
DBA GARRETT CONSTRUCTION
Attn: Corporate Officer
24164 Verin Ave
Murrieta, CA 92562

Geary Pacific Corp. Supply
Attn: Corporate Officer
1360 N. Hancock St
Anaheim, CA 92807


Genesis Metals
Attn: Corporate Officer
1495 Columbia Ave Bldg#10
Riverside, CA 92507


Golden Glass Inc
Attn: Corporate Officer
1221 East Orangethorpe Avenue
Fullerton, CA 92831


GR Roll Off Service, Inc
Attn: Corporate Officer
927 Fickewirth Ave
La Puente, CA 91744


Grainger
Attn: Corporate Officer
Dept 867915365
Palatine, IL 60038-0001


Green Mep Engineering
Attn: Corporate Officer
20341 Irvine Ave Ste D3
Newport Beach, CA 92660


Hajoca Corporation
Attn: Corporate Officer
P.O 845768
Los Angeles, CA 90084


Hamilton & Dillon Electric Inc
Attn: Corporate Officer
P. O. Box 581890
Modesto, CA 95351

Harik Construction Inc
Attn: Corporate Officer
175 W Arrow Highway
Glendora, CA 91740


Hartford Casualty Insurance Co.
One Hartford Plaza
T-12B
Hartford, CT 06155


Harwood Construction, Inc.
Attn: Corporate Officer
1695 Curtiss Court
La Verne, CA 91750


Hawaiian Air Corporation
Attn: Corporate Officer
600 E. Walnut Ave.
Fullerton, CA 92831


Hds White Cap Const Supply
Attn: Corporate Officer
Po Box 6040
Cypress, CA 90630-0040


Hilti Inc
Attn: Corporate Officer
P.O Box 70299
Philadelphia, PA 19176-0299


Hn Construction Services
Attn: Corporate Officer
6676 Palo Verde Place
Rancho Cucamonga, CA 91739


IFS Industries, Inc
Attn: Corporate Officer
P.O Box 610861
Dallas, TX 75261-0861

Image Source
Attn: Corporate Officer
L-4039
Columbus, Oh  43260 Usa


Iml Security Supply
Attn: Corporate Officer
Po Box 65158
Salt Lake City, UT 84165


Industrial Warehouse Supplies
Attn: Corporate Officer
P.O Box 5803
Orange, CA 92863


Inland Overhead Door Company
Attn: Corporate Officer
12401 S. La Cadena Drive
Colton, CA 92324


Integrated Supply Resources
Attn: Corporate Officer
15473 Chemical Lane
Huntington Beach, CA 92649


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J&B Materials, Inc
Attn: Corporate Officer
Po Box 847609
Los Angeles, CA 90084-7609


J.P. Saw Sharpening
JAMES A. POLLOCK
1795 Massachusetts Ave
Riverside, CA 92507

JB Wholesale Roofing
& BUILDING SUPPLIES
Attn: Corporate Officer
P.O Box 748073
Los Angeles, CA 90074-8073

Jim McGeever
Attn: Corporate Officer
2830 Barrett Avenue
Perris, CA 92571

Jim McGeever
Attn: Corporate Officer
2831 Barrett Avenue
Perris, CA 92571

JJJ Floor Covering, Inc.
Attn: Corporate Officer
4831 Passons Blvd
Unit A
Pico Rivera, CA 90660

Jlm Installations, Inc
Attn: Corporate Officer
3578 Enterprise Drive
Anaheim, CA 92807

Jose Flores
Attn: Corporate Officer
16208 Fairfax Ave.
Fontana, CA 92336

Jose Gamez
Attn: Corporate Officer
1851 Missouri St
Riverside, CA 92507

Jtm Specialties
DBA COMMERCIAL SYSTEMS
Attn: Corporate Officer
Po Box 1108
Redwood City, CA 94064

Kathi Maki


KDC Inc
Attn: Corporate Officer
4462 Corporate Center Drive
Los Alamitos, CA 90720


Kevin Renly Construction
Attn: Corporate Officer
Po Box 221136
San Diego, CA 92192


KH Metals And Supply
Attn: Corporate Officer
2727 Main Street
Riverside, CA 92501


Kone Inc
Attn: Corporate Officer
Po Box 102425
Pasadena, CA 91189-2425


Korbacher Glass Inc.
Attn: Corporate Officer
2290 Ivy Rd
Oceanside, CA 92054


Kustom Kartel
Attn: Corporate Officer
3250 Bloor St West #600
Etokicoke, On
MBX 2X9 CANADA


L2 Specialties, Inc
Attn: Corporate Officer
3613 W. Macarthur Blvd
Suite 611
Santa Ana, CA 92704

La Salle Bristol Corp, Inc.
Attn: Corporate Officer
P.O. Box 98
Elkhart, IN 46515-0098


Lift Parts Of California
Attn: Corporate Officer
3291 Trade Center Dr.
Riverside, CA 92507


Lincoln Electric Door
Attn: Corporate Officer
3210 S. Hardy Dr
Tempe, AZ 85282


Linde Gas & Equipment Inc.
Attn: Corporate Officer
Dept La 21511
Pasadena, CA 91185-1511


Marco Araiza v. Silver Creek Industries,
Attn: Corporate Officer


Mccumber'S Glass Inc
Attn: Corporate Officer
802 #D Yuba Street
Marysville, CA 95901


Mcmaster-Carr
Attn: Corporate Officer
Po Box 7690
Chicago, IL 60680


Metal Sales Mfg Corp
Attn: Corporate Officer
Po Box 203502
Dallas, TX 75320-3502

Metcalf, Inc
Attn: Corporate Officer
2690 Pomona Blvd.
Pomona, CA 91768


Michael Carrillo
Attn: Corporate Officer
14333 Lonesome Dove Ct
Hesperia, CA 92344


Modblt, LLC
Attn: Corporate Officer
315 South Coast Hwy 101
Suite U529
Encinitas, CA 92024


Modesto Executive Electric Inc
Attn: Corporate Officer
446 Charity Way
Modesto, CA 95356


Modual A/C Systems, Inc
Attn: Corporate Officer
9914 Ceres Avenue
Whittier, CA 90604


Modular Solutions Inc.
Attn: Corporate Officer
P.O. Box 231
Atwater, CA 95301


Mojica Painting
Attn: Corporate Officer
230 Cochise Road
Perris, CA 92570


Moore Flooring, Inc.
Attn: Corporate Officer
5497 Vine Street
Chino, CA 91710

Motel 6 / Studio 6
Attn: Corporate Officer
Po Box 846175
Dallas, TX 75284-6175


MRBB Holding LLP
PO BOX 767
Picabo, ID 83348


Napa Auto Parts
Attn: Corporate Officer
File 56893
Los Angeles, CA 90074-6893


Ninyo & Moore
Attn: Corporate Officer
5710 Ruffin Road
San Diego, CA 92123


Nir West Coast Inc., Dba
NORTHERN CALIFORNIA ROOFING CO
859 Cotting Court Suite A
Vacaville, CA 95688


Northern Safety Co., Inc
Attn: Corporate Officer
P.O Box 4250
Utica, NY 13504-4250


Otis Elevator Company
Attn: Corporate Officer
Po. Box 730400
Dallas, TX 75373-0400


Overhead Door Systems, Inc.
Attn: Corporate Officer
355 N. Sheridan St Unit 104
Corona, CA 92880

Overnight Industrial Supply
Attn: Corporate Officer
976 Enterprise Avenue
San Jacinto, CA 92582


Pacific Waterproofing &
RESTORATION, INC.
Attn: Corporate Officer
2845 Pomona Blvd.
Pomona, CA 91768


Patrick Industries Inc.
Attn: Corporate Officer
#774701 4701
Solutions Center
Chicago, IL 60677-4007


Penhall Company
Attn: Corporate Officer
P.O Box 842911
Los Angeles, CA 90084-2911


Perris IV Indsutrial, LLC


Pete'S Road Service, Inc.
Attn: Corporate Officer
2230 E. Orangethorpe Ave
Fullerton, CA 92831-5329


Pmc Concrete Contractors
Attn: Corporate Officer
1730 Pomona  Av. Ste-13
Costa Mesa, CA 92627


Polyguard Products, Inc.
Attn: Corporate Officer
4101 South I-45
Ennis, TX 75119

Pro-Fab Construction, Inc
Attn: Corporate Officer
17907 Taylor Avenue
Bloomington, CA 92316


R H Concrete Inc
Attn: Corporate Officer
336 San Jose Avenue
San Jose, CA 95125


R.N.B Industries
Attn: Corporate Officer
5055 Carmelynn St
Torrance, CA 90503


Radco
Attn: Corporate Officer
Po Box 47
Long Beach, CA 90801


Raymond-Southern Ca, Inc.
Attn: Corporate Officer
520 West Walnut Avenue
Orange, CA 92868


Reliable Remodeling Spec. Inc.
Attn: Corporate Officer
1315 Renaissance Pkwy
#850-101
Rialto, CA 92376


Right Of Way, Inc
Attn: Corporate Officer
150 East Arrow Highway
San Dimas, CA 91773


Riverside Child Support Svcs
Attn: Corporate Officer

Riverside Co. Tax Collector
4080 Lemon St.
PO Box 12005
Riverside, CA 92501-3660


Riverside County Sheriffs Offi
SHERIFF'S DIV- CENTRAL
30755-D Auld Rd, Ste L067
Murrieta, CA 92563


Riverside Winnelson Co.
Attn: Corporate Officer
22075 Commerce Way
Grand Terrace, CA 92313


Ro & Mp Distributors
Attn: Corporate Officer
Po Box 92607
City Of Industry, CA 91715


Robert Boeger Plastering, Inc
Attn: Corporate Officer
550 Drever Street
West Sacramento, CA 95691


Robertson'S Ready Mix
Attn: Corporate Officer
Po Box 3600
Corona, CA 92878


RS Hughes
Attn: Corporate Officer
14000 Meridian Parkway #7
March Air Resrve Base, CA 92518


Russell & Boals Painting Inc
Attn: Corporate Officer
2921 Commerical Drive
Yuba City, CA 95993

Russell Sigler Inc.
Attn: Corporate Officer
P.O. Box 749472
Los Angeles, CA 90074-9472


Ryan McIntosh


Safetyvibe, Inc
Attn: Corporate Officer
2530 Corporate Place
Unit A 105
Monterey Park, CA 91754


SC Fuels
Attn: Corporate Officer
P.O. Box 14237
Orange, CA 92863-1237


Sd County Const Laborers
Attn: Corporate Officer
Po Box 51838
Los Angeles, CA 90051-6138


Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower St., #900
Los Angeles, CA 90071-9591


Segaar Company, Inc.
Attn: Corporate Officer
3380 La Sierra Ave
Ste 104-387
Riverside, CA 92503


Serat Enterprises, Inc.
dba REDHAWK ELECTRIC
Attn: Corporate Officer
28733 Via Montezuma Suite 'I'
Temecula, CA 92590

Sherwin-Williams
Attn: Corporate Officer
1408 S E St
San Bernadino, Ca  92408 2723


Sheward & Son & Sons
Attn: Corporate Officer
14352 Chambers Road
Tustin, CA 92780


Signs And Lucite Products
Attn: Corporate Officer
2721 Kimball Ave.
Pomona, CA 91767


Sika Corporaton
Attn: Corporate Officer
P.O. Box 101038
Pasadena, CA 91189-1038


Silver Creek Leasing, LLC
Attn: Corporate Officer
2831 Barrett Avenue
Perris, CA 92571


Silver Creek RS, LLC
Attn: Corporate Officer
2831 Barrett Avenue
Perris, CA 92571


SLS
Attn: Corporate Officer
409 S Commonwealth Avenue
Suite 11
Los Angeles, CA 90020


Smalley & Company
Attn: Corporate Officer
Po Box 910217
Denver, CO 80291-0217

So-Cal Fire Protection, Inc
Attn: Corporate Officer
14102 Holt Avenue
Santa Ana, CA 92705


Socal Casp, LLC
Attn: Corporate Officer
32332 Ridgeway Ave
Laguna Niguel, CA 92677


Somar Caulking Inc
Attn: Corporate Officer
124 1/2 Orange Avenue
Long Beach, CA 90802


Sonsray Machinery, LLC
Attn: Corporate Officer
Po Box 513929
Los Angeles, CA 90051


South Coast Air Quality
MANAGEMENT DISTRICT
Attn: Corporate Officer
File No# 54296
Los Angeles, CA 90074-4493


Southern California Pipe
TRADES ADMINISTRATION
Attn: Corporate Officer
P.O Box 511283
Los Angeles, CA 90051-7904


Squared Up Flooring Inc
Attn: Corporate Officer
28187 Palm Villa Drive
Menifee, CA 92584


Starlite Reclamation Envir Svc
Attn: Corporate Officer
11225 Mulberry Avenue
Fontana, CA 92337

Summit Appliance / Accucold
Attn: Corporate Officer
770 Garrison Ave
Bonx, NY 10474


Summit Fire Protection, Inc
Attn: Corporate Officer
520 Texas Street
Redlands, CA 92374


Summit Plumbing And Mechanical
Attn: Corporate Officer
1120 Doker Drive, Unit #1
Modesto, CA 95351


Sunbelt Rentals, Inc
Attn: Corporate Officer
1690 Ashley Way
Colton, CA 92324


Sunstate Equipment Co, LLC
Attn: Corporate Officer
5552 East Washington
Phoenix, AZ 85034


T. L. Shield And Assoc., Inc.
Attn: Corporate Officer
P.O. Box 6845
Thousand Oaks, CA 91359-6845


Talley Metal Supply
Attn: Corporate Officer
885 W. 7Th St
San Jacinto, CA 92582


Taylor Metal Inc.
Attn: Corporate Officer
4566 Ridge Dr Ne
Salem, OR 97301

Tecnic Modular Const Corp
Attn: Corporate Officer
1994 Havasu St
Perris, CA 92571


Ted Cohen, Esq.
Sheppard Mullin
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422


Tellmanufacturing
Attn: Corporate Officer
18 Richard Drive
Lititz, PA 17543


Testament Floors, Inc.
Attn: Corporate Officer
2940 N. Verdugo Road #215
Glendale, CA 91208


Three Day Tool Service, Inc
Attn: Corporate Officer
6767 8Th Street
Buena Park, CA 90620


Tracy Flooring, Inc.
Attn: Corporate Officer
2181 N Tracy Blvd #292
Tracy, CA 95376


Turner Trans Lift, Inc.
Attn: Corporate Officer
520 E. Norris Rd
Bakersfield, CA 93308


Twining, Inc.
Attn: Corporate Officer
2883 East Spring Street
Suite 300
Long Beach, CA 90806

U.S. Bank N.A.


Ufp Riverside, LLC
Attn: Corporate Officer
P.O Box 398
Thornton, CA 95686-0398


Union Re - BVA is member
Attn: Corporate Officer


United Saw & Associates
Attn: Corporate Officer
17480 Sage Ave
Riverside, CA 92504


United States Trustee (RS)
3801 University Avenue Suite 720
Riverside, CA 92501


University Mechanical &
ENGINEERING CONTRACTORS, INC
Attn: Corporate Officer
1168 Fesler Street
El Cajon, CA 92020


US Airconditioning Distributor
Attn: Corporate Officer
P.O Box 1111
La Puente, CA 91749-1111


Vaco, LLC
Attn: Corporate Officer
5501 Virginia Way Ste 120
Brentwood, TN 37027

Valmont Calwest Galvanizing
Attn: Corporate Officer
Po Boz 842391
Los Angeles, CA 90084-2391


Victorville Glass Company Inc.
Attn: Corporate Officer
15296 Seventh Street
Victorville, CA 92395


Vista Paint
Attn: Corporate Officer
2020 E. Orangethorpe Ave.
Fullerton, CA 92831


West Coast Cranes, Inc
Attn: Corporate Officer
2144 O'Toole Avenue
San Jose, CA 95131


Western Metal Deck
Attn: Corporate Officer
616 S. Oak Ave
Ontario, CA 91762


Xcel Mechanical Systems, Inc.
Attn: Corporate Officer
1710 W. 130Th St
Gardena, CA 90249


XL Construction


Zarate Painting
Attn: Corporate Officer
P. O. Box 10281
Truckee, CA 96162

```
Zoro Tools, Inc.
Attn: Corporate Officer
Po Box 5233
Janesville, WI 53547-5233
```