ROBERT E. OPERA – State Bar No. 101182
ropera@wghlawyers.com
PETER W. LIANIDES – State Bar No. 160517
plianides@wghlawyers.com
MATTHEW J. STOCKL – State Bar No. 329366
mstockl@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>SILVER CREEK INDUSTRIES, LLC<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 6:23-11677-SY<br><br>Chapter 11 Proceeding<br><br>**DEBTOR'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND LIST OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; DECLARATION OF JAMES MCGEEVER IN SUPPORT THEREOF**<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:**

Silver Creek Industries, the debtor and debtor-in-possession in the above-captioned Chapter 11 proceeding (the "Debtor"), hereby respectfully applies, <u>ex parte</u>, to this Court for an extension of time, to and including May 22, 2023, within which to file its Schedules of Assets and Liabilities, Statement of Financial Affairs, List of Executory Contracts and Unexpired Leases, and any additional ancillary documents ordinarily filed with the Schedules (collectively, the "Schedules"), based on the following facts and circumstances:

1. The Debtor is a California limited liability company. The Debtor's principal place of business is located in Perris, California. The Debtor was founded in 2005 with the goal of redefining modular construction of buildings. In August 2020, BVA Construction, LLC ("BVA LLC") and BVA Construction, Inc. ("BVA Inc.") acquired 100% of the membership interests in the Debtor and two non-debtor affiliates of the Debtor, Silver Creek Industries RS, LLC ("SCRS") and Silver Creek Leasing, LLC ("SCL"). BVA LLC owns 100% of the membership interests in BVA Inc. BVA Inc. owns 100% of the membership interests in the Debtor, 100% of the membership interests in SCRS and 100% of the membership interests in SCL. The managing member of the Debtor is James McGeever.[1] BVA LLC is a holding company, with no material assets other than its interest in BVA Inc. BVA Inc. is a holding company, with no material assets other than its interests in the Debtor, SCRS and SCL.[2] SCRS is a California limited liability company. SCRS's sole business operations have been to provide transportation services to the Debtor. SCL is a California limited liability company. SCL's sole business operations have been to lease machinery and equipment to the Debtor.

2. On April 24, 2023 (the "Petition Date"), the Debtor filed its chapter 11 case in order to save employee jobs, preserve the Debtor's going concern, and maximize value for

---

[1] None of such affiliated entities has filed for bankruptcy relief.
[2] It is uncertain at this time whether BVA LLC or BVA Inc is entitled to any tax refund or other governmental payment.

-2-

creditors.

3. As of December 31, 2022, the Debtor had about 370 employees. As a result of staffing cuts undertaken by the Debtor and certain employee defections, however, the Debtor had about 219 employees as of the Petition Date.

4. Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, a debtor must file its Schedules within fourteen (14) days from the entry of the order for relief. Accordingly, in this case, the Schedules are due to be filed on or before May 8, 2023.

5. The Debtor is spending significant time dealing with operational issues in general, as well as those arising from the bankruptcy filing, including dealing with an expedited sale of substantially all of the assets of the Debtor, in addition to the ordinary dealings of the company. The Debtor is concurrently working to assemble the information necessary to complete the Schedules within the 14-day deadline provided by Rule 1007 of the Federal Rules of Bankruptcy Procedure. However, because of the significant burden arising from the filing and sale of the business, and the Debtor's efforts to fulfill its immediate compliance obligations with the Office of the United States Trustee, the Debtor has been unable to complete the Schedules. Additionally, the time period to complete the Schedules by the current deadline is quickly approaching, which makes timely compliance that much more difficult.

6. For the foregoing reasons, the Debtor is unable to prepare and file its Schedules within the prescribed time and, accordingly, requests an extension, to and including May 22, 2023, within which to prepare and to file the Schedules. The two-week requested extension will provide sufficient time for the Debtor to complete and counsel to review the Schedules before they are filed with the Court. The Office of the United States Trustee has set May 24, 2023, as the date for the first meeting of creditors to be held under Section 341(a) of the Bankruptcy Code in this case and, therefore, the Debtor believes that the Office of the United States Trustee would still have time sufficient to review the Schedules and prepare for the first meeting of creditors upon the extension of the time to file the Schedules.

7. The Debtor is very aware of the importance of the Schedules, and the fact that the Schedules must be complete and accurate; however, as indicated above, preparation of complete

and accurate Schedules within the required time period is not possible.  The Debtor anticipates, however, that it will be able to complete the Schedules within the additional two weeks requested by this Application.

8.   This is the Debtor's first request for an extension of time to prepare and file the Schedules.

**WHEREFORE**, based upon the foregoing, the Debtor respectfully requests that the Court enter an Order extending, to and including May 22, 2023, the time for the Debtor to file its Schedules, without prejudice to Debtor's right to seek further extensions of such time period, for cause shown.

DATED:  May 8, 2023                                **WINTHROP GOLUBOW HOLLANDER, LLP**

By:   */s/ Robert E. Opera*
      Robert E. Opera
      Peter W. Lianides
      Matthew J. Stockl
[Proposed] General Insolvency Counsel for Debtor and Debtor-in-Possession

## DECLARATION OF JAMES MCGEEVER

I, James McGeever, declare and state as follows:

1. The following matters are within my own knowledge and, if called as a witness, I could and would testify competently thereto.

2. I am the managing member of Silver Creek Industries, LLC, the debtor and debtor-in-possession in this Chapter 11 case ("Debtor"). The Debtor's Chapter 11 case was commenced by the filing of a Chapter 11 petition for relief on April 24, 2023 ("Petition Date").

3. This Declaration is submitted in support of the *Debtor's Ex Parte Application For Extension of Time to File Schedules, Statement of Financial Affairs, and List of Executory Contracts and Unexpired Leases*.

4. The Debtor is requesting an extension of time, to and including May 22, 2023, within which to file the Schedules of Assets and Liabilities, Statement of Financial Affairs, List of Executory Contracts and Unexpired Leases, and any additional ancillary documents ordinarily filed with the Schedules (collectively, referred to herein as the "Schedules"), based on the facts and circumstances stated in the Application.

5. The Debtor is a California limited liability company. The Debtor's principal place of business is located in Perris, California. The Debtor was founded in 2005 with the goal of redefining modular construction of buildings. In August 2020, BVA Construction, LLC ("BVA LLC") and BVA Construction, Inc. ("BVA Inc.") acquired 100% of the membership interests in the Debtor and two non-debtor affiliates of the Debtor, Silver Creek Industries RS, LLC ("SCRS") and Silver Creek Leasing, LLC ("SCL"). BVA LLC owns 100% of the membership interests in BVA Inc. BVA Inc. owns 100% of the membership interests in the Debtor, 100% of the membership interests in SCRS and 100% of the membership interests in SCL. The managing member of the Debtor is James McGeever.[3] BVA LLC is a holding company, with no material assets other than its interest in BVA Inc. BVA Inc. is a holding company, with no material assets

---

[3] None of such affiliated entities has filed for bankruptcy relief.

-5-

264971

other than its interests in the Debtor, SCRS and SCL.[4] SCRS is a California limited liability company. SCRS's sole business operations have been to provide transportation services to the Debtor. SCL is a California limited liability company. SCL's sole business operations have been to lease machinery and equipment to the Debtor.

6. As of December 31, 2022, the Debtor had about 370 employees. As a result of staffing cuts undertaken by the Debtor and certain employee defections, however, the Debtor had about 219 employees as of the Petition Date.

7. On April 24, 2023, the Debtor filed its chapter 11 case in order to save employee jobs, preserve the Debtor's going concern, and maximize value for creditors.

8. I am informed by my counsel and believe thereon that a debtor must file the Schedules within fourteen (14) days from the entry of the order for relief.

9. Together with employees of the Debtor, I have been spending significant time dealing with operational issues in general, as well as those arising from the bankruptcy filing, including dealing with an expedited sale of substantially all of the assets of the Debtor, in addition to the ordinary dealings of the company. I am concurrently working to assemble the information necessary to complete the Schedules within the 14-day deadline provided by Rule 1007 of the Federal Rules of Bankruptcy Procedure. However, because of the significant burden arising from the filing and sale of the business, and my efforts to fulfill its immediate compliance obligations with the Office of the United States Trustee, I have been unable to complete the Schedules. Additionally, the time period to complete the Schedules by the current deadline is quickly approaching, which makes timely compliance that much more difficult.

10. The Debtor is unable to prepare and file its Schedules within the prescribed time and, accordingly, requests an extension, to and including May 22, 2023, within which to prepare and to file the Schedules. The two-week requested extension will provide sufficient time for me to complete and for counsel to review the Schedules before they are filed with the Court.

---

[4] It is uncertain at this time whether BVA LLC or BVA Inc is entitled to any tax refund or other governmental payment.

11.    I am informed that the Office of the United States Trustee has set May 24, 2023 as the date for the first meeting of creditors to be held under Section 341(a) of the Bankruptcy Code in this case and, therefore, I believe that the Office of the United States Trustee would still have time sufficient to review the Schedules and prepare for the first meeting of creditors upon the extension of the time to file the Schedules.

12.    I am very aware of the importance of the Schedules, and the fact that the Schedules must be complete and accurate; however, as indicated above, preparation of complete and accurate Schedules within the required time period is not possible. I anticipate, however, that we will be able to complete the Schedules within the additional two weeks requested by the Application.

13.    This is the Debtor's first request for an extension of time to prepare and file the Schedules.

I declare that the foregoing is true and correct under the penalty of perjury.

Executed on this 8th day of May 2023, at Perris, California.

_____
James McGeever

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **DEBTOR'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND LIST OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; DECLARATION OF JAMES MCGEEVER IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 8, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On __, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

3. **SERVED BY Federal Express** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 8, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
**The Honorable Judge Scott H. Yun**
**United States Bankruptcy Court**
**Central District of California**
**3420 Twelfth Street, Suite 345 / Courtroom 302**
**Riverside, CA 92501-3819**

3. **SERVED BY ELECTRONIC MAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 8, 2023**, I served the following persons and/or entities by **electronic mail**, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 8, 2023 | *Silvia Villegas* | */s/ Silvia Villegas* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**NEF SERVICE LIST**

- **Theodore A Cohen**  tcohen@sheppardmullin.com, mtzeng@sheppardmullin.com
- **Abram Feuerstein**  abram.s.feuerstein@usdoj.gov
- **Michael I. Gottfried**  mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Everett L Green**  everett.l.green@usdoj.gov
- **Jennifer C Hayes**  jhayes@mckennalong.com, aworthing@mckennalong.com
- **Leslie R Horowitz**  leslie.horowitz@offitkurman.com, jthomas@clarktrev.com
- **Lance N Jurich**  ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com
- **Robert E Opera**  ropera@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Jennifer Pruski**  jpruski@trainorfairbrook.com
- **Cameron C Ridley**  Cameron.Ridley@usdoj.gov
- **Edward Rubacha**  er@jhkmlaw.com, docket@jhc.law;am@jhc.law
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov
- **S Christopher Yoo**  cyoo@fbtlaw.com, vdelgado@fbtlaw.com

## VIA EMAIL - SECURED CREDITORS

| | |
|---|---|
| **United States Trustee**<br>Abram S. Feuerstein<br>Everett Green<br>Cameron Ridley | abram.s.feuerstein@usdoj.gov<br>everett.l.green@usdoj.gov<br>Cameron.Ridley@usdoj.gov |
| **Secured Creditor / NEF Service List**<br>**First Citizens Bank & Trust Co, CIT Bank, N.A.**<br>Sheppard, Mullin, Richter & Hampton LLP<br>Theodore Cohen, Esq.<br>Stacey Rosenberg, Esq. / Shadi Farzan, Esq. | srosenberg@sheppardmullin.com<br>tcohen@sheppardmullin.com<br>sfarzan@sheppardmullin.com |
| **Secured Creditor**<br>**Greystone Housing fka America First**<br>Ken Fox, Esq. @ Sheppard Mullin | kfox@sheppardmullin.com |
| **Secured Creditor**<br>XL Construction<br>Paul Olson | polson@xlconstruction.com |
| **Secured Creditor**<br>U.S. Bank as Fiscal Agent for CHFA<br>Marc Victor | subloans@calhfa.ca.gov<br>MVictor@CalHFA.ca.gov |

264971

**EMAIL - CREDITORS COMMITTEE**

| | |
|---|---|
| **CREDITORS COMMITTEE** <br> **BBMR Enterprises, Inc.** <br> Vince Axelson - (Counsel) | vaxelson@axelsonlaw.com |
| **CREDITORS COMMITTEE** <br> B2B Industrial Packaging <br> Leslie Paulish / Craig Johnson | craig.johnson@b2bind.com <br> leslie.paulish@b2bind.com |
| **CREDITORS COMMITTEE** <br> Consolidated Electrical Distributors, Inc. <br> Calvin Ma | calvin.ma@ced.com <br> nickb@cedinlandempire.com |
| **CREDITORS COMMITTEE** <br> Freedom Painting West, Inc. <br> dba Freedom West Construction <br> Stacey Lundgren | stacey@freedompainting.com |
| **CREDITORS COMMITTEE** <br> Chatfield-Clarke Company Inc <br> Joe Baeskens | joe.baeskens@chatfieldclarke.com |

**EMAIL - 20 LARGEST**

| Name of Creditor | Email Address |
|---|---|
| **MS Facilities LLC** <br> Mona Johnson <br> Nicholas Bentley <br> Spencer Fresk, <br> Lawrence Gazda | lenderinquiry@mainstreetlendingadmin.org <br> Mona.Johnson@bos.frb.org <br> Nicholas.Bentley@bos.frb.org <br> Spencer.Fresk@bos.frb.org <br> Lawrence.Gazda@bos.frb.org |
| **NEF Service List** <br> **Hartford Casualty Insurance Co.** <br> Edward Rubacha, Esq. <br> Jennings Haug Keleher McLeod, L.L.P. | er@jhkmlaw.com docket@jhkmlaw.com |
| **Metcalf, Inc.** <br> Todd Metcalf | toddm@metcalfinc.com |
| **Raymond-Southern CA, Inc.** <br> Hector Ochoa | h.ochoajr@raymondgroup.com |

264971

| Name of Creditor | Email Address |
| --- | --- |
| **Xcel Mechanical Systems, Inc.**<br>Jennifer Hart<br>Kevin Michel x 160 | kmichel@xcelmech.com<br>ar@xcelmech.com |
| **Hawaiian Air Corporation**<br>Chuck Pesci | chuck@hawaiianair.org |
| **FBM**<br>Gordon Gibson | Gordon.Gibson@fbmsales.com |
| **Kevin Renly Construction**<br>Kevin Renly & Julie Renly | kevinrenly@mac.com |
| **University Mechanical & Engineering contractors, Inc.**<br>David Cerecerez | dcerecerez@umec.com |
| **Cal Tech Fire Protection, Inc.**<br>Michel Nahas | admin@caltechfire.com |
| **Archway Insurance Ltd.**<br>Kimberly McNamee, Cayman Islands | kmcnamee@kensington.ky |
| **Squared Up Flooring Inc**<br>Chris Martin | chrisjmartin1988@gmail.com |
| **Victorville Glass Company Inc.**<br>Auggie Reyes | estimator@victorvilleglass.com |

264971